1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  ANTHONY JOHN SCATCHELL,        )      No. EDCV 09-341-JAK(CW)
                                   )
13                 Petitioner,     )      JUDGMENT
                                   )
14           v.                    )
                                   )
15  DERRAL G. ADAMS (Warden),      )
                                   )
16                 Respondent.     )
    ───────────────────────────────)
17

18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  denied and the action dismissed with prejudice.

20

21  DATED: **May 31, 2013**

22                                     _____

23                                        JOHN A. KRONSTADT
                                       United States District Judge

24

25

26

27

28