# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHN SCATCHELL, | No. EDCV 09-341-JAK(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DERRAL G. ADAMS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: **May 31, 2013**

JOHN A. KRONSTADT
United States District Judge